JOHN P. PEMBERTON and HENRY H. PEMBERTON, appellants,

*v.*

CAROLINE H. PEMBERTON, respondent.

On appeal from a decree of the ordinary, whose opinion is reported in *Pemberton's Case, 13 Stew. Eq. 520.*

*Mr. W. H. Vredenburgh, Mr. A. C. Hartshorne* and *Mr. Cortlandt Parker,* for appellants.

*Mr. G. C. Beekman,* for respondent.

PER CURIAM.

This decree unanimously affirmed for the reasons given by the ordinary.